In re: Allen Leroy **PETERSON,**

Allen Leroy Peterson, Petitioner— Appellant,

v.

**United States District Court for the Western District of Washington, Respondent,**

Washington Corrections Center (Shelton) Real Party in Interest.

No. 01–35564.

D.C. No. CV–00–05724–FDB.

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002.*

Decided March 22, 2002.

Before FARRIS, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM**

Allen LeRoy Peterson, a Washington state prisoner, appeals pro se the district court's denial of his petition for a writ of mandamus which sought to order the Washington Attorney General and the Washington Department of Corrections to return legal materials to Peterson and refrain from future confiscation of his legal property. The district court did not err in concluding that federal courts are without jurisdiction to issue writs of mandamus to direct state courts or their judicial officers in the performance of their duties. *Demos v. United States Dist. Court for E. Dist. of Wash.*, 925 F.2d 1160, 1961 (9th Cir.1991). For the same reason, we deny Peterson's request that we issue a writ of mandamus. The district court is

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.